

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019 | tel 212.858.1000 | fax 212.858.1500

Matthew F. Putorti
tel 212.858.1379
matthew.putorti@pillsburylaw.com

July 2, 2020

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 14A
New York, NY 10007

> Application granted.
> SO ORDERED.
>
> New York, NY        /s/ John G. Koeltl
> July 2, 2020        John G. Koeltl
>                     U.S.D.J.

Re: *Williams v. ROKA Sports, Inc.*
    **Civil Action No. 20-cv-04800**

Dear Judge Koeltl:

We represent Defendant, ROKA Sports, Inc., in the above-referenced matter. We write, pursuant to Rule I.E of Your Honor's Individual Practices, to respectfully request an extension of time to respond to the complaint.

Defendant's response is presently due on July 16, 2020. Defendant requests an extension to August 28, 2020 so that the parties can discuss a resolution outside of litigation. This is Defendant's first request for an extension. Counsel to Plaintiff consents to this extension.

Thank you.

Respectfully,

/s/ Matthew F. Putorti

Matthew F. Putorti

cc: All Counsel of Record (via ECF)